[No. 22986–9–I. Division One. February 12, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD LAWRENCE BRAZIER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–8–03573–5, Shannon Wetherall, J., entered September 12, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Baker, JJ.

[No. 22205–8–I. Division One. February 12, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LISA MARIE SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–05754–8, Patricia H. Aitken, J., entered May 2, 1988. *Remanded* by unpublished opinion per Winsor, J., concurred in by Coleman, C.J., and Forrest, J.

[No. 23046–8–I. Division One. February 12, 1990.]

R/L ASSOCIATES, INC., *Appellant,* v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88–2–12298–9, John W. Riley, J., entered September 27, 1988. *Affirmed* by unpublished opinion per Ringold, J. Pro Tem., concurred in by Coleman, C.J., and Winsor, J.